# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DWAYNE H. SMITH                                                        PETITIONER

v.                      Case No. 4:95CR00019-05 JLH

UNITED STATES OF AMERICA                          RESPONDENT

## **JUDGMENT**

      Pursuant to the Opinion and Order entered separately today, Dwayne Smith's petition for writ of error *audita querela* is denied.

      IT IS SO ORDERED this 15th day of September, 2009.

                                                               */s/ J. Leon Holmes*
                                                       J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE