IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DWAYNE HAROLD SMITH                                                                       PETITIONER

v.                                          NO. 4:95CR00019-05 JLH

UNITED STATES OF AMERICA                                                              RESPONDENT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Dwayne H. Smith's motion pursuant to 28 U.S.C. § 2255 is dismissed with prejudice. No certificate of appealability will be issued.

IT IS SO ORDERED this 15th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE